# EXHIBIT A



Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321

February 18, 2010

James N. Boudreau
267.402.3029 direct
267.402.3000 main
267.402.3131 fax
jboudreau@littler.com

**VIA HAND-DELIVERY AND ELECTRONIC MAIL**

Gerald Wells, III
Faruqi & Faruqi LLP
2600 Philmont Avenue
Suite 324
Huntingdon Valley, PA 19006

**Re:   Laura Symczyk v. Genesis HealthCare Corp., C.A. 09-cv-05782-MMB**

Dear Jerry:

Pursuant to Federal Rule of Civil Procedure 68, I enclose an Offer of Judgment from Genesis HealthCare Corporation ("Genesis") to Plaintiff Laura Symczyk for all claims she asserts in the above referenced matter. This Offer of Judgment includes (i) the aggregate amount of $7,500 inclusive of all damages, liquidated damages, and interest; plus (ii) such reasonable attorneys' fees, costs, and expenses to which Plaintiff is entitled by law, as the Court may determine.

This amount exceeds any amount that Plaintiff could recover in this case and is based on several significant assumptions in her favor. Genesis has made these assumptions solely for purposes of this Offer of Judgment and they would not be available to Plaintiff if this matter continues in litigation. Defendant's methodology is as follows:

Plaintiff contends that Genesis failed to pay her for time spent working through her meal breaks due to the alleged automatic deduction of meal breaks and is thus owed overtime pay and other related relief under the Fair Labor Standards Act ("FLSA"). Genesis denies these claims.

- Plaintiff worked at the Pennypack Center from April 2007 through December 2007 (the "Alleged Damages Period").

- During the Alleged Damages Period, Plaintiff was paid $30.00 per hour for regular time and $45.00 per hour for overtime hours.

- We assumed that Plaintiff worked and was not compensated for 30 minutes each workday during the Alleged Damages Period. A copy of Plaintiff's actual time records are enclosed.

littler.com

- We also gave Plaintiff credit for full (double) liquidated damages under the FLSA.

Within these parameters and based on Plaintiff's time records, we calculated Plaintiff's maximum possible recovery in this litigation to be:

68 overtime hours at $45.00 an hour = $3060.00

13 regular hours at $30.00 an hour = $390.00

Total = $3,450.00

$3,450 x 2 (liquidated damages) = total alleged damages under the FLSA $6,900.00.[1]

Genesis offers Plaintiff $7,500.00 in alleged unpaid wages, plus attorneys' fees, costs and expenses as determined by the Court.

In accordance with Federal Rule of Civil Procedure 68, if Plaintiff has not accepted this Offer of Judgment in writing within ten (10) days after service, this Offer of Judgment shall be deemed withdrawn and no further action will be required by Genesis. Please note that, also in accordance with Rule 68, if Plaintiff obtains a final judgment in this matter that is less favorable than this Offer, Genesis will seek to recover all reasonable costs (potentially defined to include fees under the FLSA) incurred after it made this Offer.

On behalf of Genesis, therefore, we urge Plaintiff to accept this Offer of Judgment by this deadline.

Sincerely,

James N. Boudreau

JNB/CW

---

[1] Note that this Offer presumes application of the FLSA's three year statute of limitations for alleged willful violations (which Genesis contends does not apply). In the event the Court applied the FLSA's two year statute of limitations for non-willful violations, Plaintiff's maximum recover is virtually zero. In addition, there is no obligation under the FLSA to pay straight time wages allegedly due and owing, and certainly no obligation to liquidate them. To encourage Plaintiff's acceptance of this Offer, however, Genesis has elected to include such alleged damages in its Offer.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA SYMCZYK, | : |
| Plaintiff, | : Case No. 2:09-cv-05782-MMB |
| v. | : |
| GENESIS HEALTHCARE CORPORATION, et al, | : Honorable Michael M. Baylson |
| Defendants. | : |

## **DEFENDANTS' OFFER OF JUDGMENT**

## **TO PLAINTIFF LAURA SYMCZYK:**

PLEASE TAKE NOTICE that Defendants Genesis HealthCare Corp. and ElderCare Resources Corporation hereby offer to allow entry of judgment under Rule 68 of the Federal Rules of Civil Procedure as follows:

Judgment in favor of Plaintiff against Defendants on Plaintiff's Complaint and all causes of action alleged therein in the total sum of seven thousand, five hundred dollars ($7,500.00), exclusive of attorneys' fees and costs accrued to date. This amount represents the total amount Defendants shall be obligated to pay on account of any liability claimed herein.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed as an admission that Defendants are liable in this action or that Plaintiff has suffered any damage. If Plaintiff fails to obtain a more favorable

judgment against Defendants, please take notice that pursuant to Rule 68(d), Defendants will ask the Court to deny Plaintiff any post-offer costs, including attorneys' fees, and for an award of Defendants' post-offer costs, including but not limited to, their attorneys' fees, a sum to cover costs of the services of experts in preparation for trial, costs incurred during trial, and such other costs and fees as the Court deems proper, in addition to any other rights and remedies available under the law.

This Offer will remain open until it expires by operation of law, unless otherwise withdrawn by Defendants. Evidence of this Offer is not admissible except in a proceeding to determine costs and/or fees.

James N. Boudreau
Michele H. Malloy
Christina Tellado-Winston
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321

Attorneys for Defendants
Genesis HealthCare Corp. and
Eldercare Resources

Dated: February 18, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I caused a copy of the foregoing *Defendants' Offer of Judgment* to be served upon the following counsel of record by the methods indicated below:

VIA Hand Delivery:

Gerald Wells, Esquire
Faruqi & Faruqi LLP
2600 Philmont Avenue
Suite 324
Huntingdon Valley, PA 19006

*Counsel for Plaintiff*

Dated: February 18, 2010

_____
James N. Boudreau

| EMPLID | LAST NAME | FIRST NAME | APPLY DATE | PAY CODE | HOURS | WAGE AMT |
|---|---|---|---|---|---|---|
| 80221932 | Symczyk | Laura | Monday, April 30, 2007 | Orientation NP | 5.00 | $150.00 |
| 80221932 | Symczyk | Laura | Tuesday, May 01, 2007 | Orientation NP | 8.28 | $248.50 |
| 80221932 | Symczyk | Laura | Wednesday, May 02, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, May 03, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, May 04, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, May 07, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, May 08, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, May 09, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, May 10, 2007 | Training | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, May 14, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, May 15, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, May 16, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, May 17, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, May 18, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, May 21, 2007 | Orientation NP | 8.33 | $250.00 |
| 80221932 | Symczyk | Laura | Tuesday, May 22, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, May 23, 2007 | Orientation NP | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, May 24, 2007 | Orientation NP | 6.67 | $200.00 |
| 80221932 | Symczyk | Laura | Thursday, May 24, 2007 | Overtime | 1.33 | $60.00 |
| 80221932 | Symczyk | Laura | Friday, May 25, 2007 | Overtime | 8.00 | $360.00 |
| 80221932 | Symczyk | Laura | Friday, May 25, 2007 | Training | 9.00 | $270.00 |
| 80221932 | Symczyk | Laura | Monday, May 28, 2007 | Holiday | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, May 28, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, May 29, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, May 30, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, May 31, 2007 | Regular | 8.28 | $248.50 |
| 80221932 | Symczyk | Laura | Saturday, June 02, 2007 | Overtime | 0.28 | $12.75 |
| 80221932 | Symczyk | Laura | Saturday, June 02, 2007 | Regular | 7.72 | $231.50 |
| 80221932 | Symczyk | Laura | Sunday, June 03, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, June 05, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, June 06, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, June 07, 2007 | Regular | 8.17 | $245.00 |
| 80221932 | Symczyk | Laura | Friday, June 08, 2007 | Overtime | 0.17 | $7.50 |
| 80221932 | Symczyk | Laura | Friday, June 08, 2007 | Regular | 7.83 | $235.00 |
| 80221932 | Symczyk | Laura | Monday, June 11, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, June 12, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, June 13, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, June 14, 2007 | Regular | 8.17 | $245.00 |
| 80221932 | Symczyk | Laura | Saturday, June 16, 2007 | Overtime | 0.17 | $7.50 |
| 80221932 | Symczyk | Laura | Saturday, June 16, 2007 | Regular | 7.83 | $235.00 |
| 80221932 | Symczyk | Laura | Sunday, June 17, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, June 18, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, June 20, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, June 21, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, June 22, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, June 25, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, June 26, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, June 28, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, June 29, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, June 30, 2007 | Regular | 8.00 | $240.00 |

| EMPLID | LAST NAME | FIRST NAME | APPLY DATE | PAY CODE | HOURS | WAGE AMT |
|---|---|---|---|---|---|---|
| 80221932 | Symczyk | Laura | Sunday, July 01, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, July 03, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, July 04, 2007 | Holiday | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, July 04, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, July 05, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, July 06, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, July 09, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, July 10, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, July 11, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, July 12, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, July 14, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Sunday, July 15, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, July 17, 2007 | Regular | 8.28 | $248.50 |
| 80221932 | Symczyk | Laura | Wednesday, July 18, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, July 19, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, July 20, 2007 | Overtime | 0.28 | $12.75 |
| 80221932 | Symczyk | Laura | Friday, July 20, 2007 | Regular | 7.72 | $231.50 |
| 80221932 | Symczyk | Laura | Monday, July 23, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, July 24, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, July 25, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, July 26, 2007 | Regular | 9.00 | $270.00 |
| 80221932 | Symczyk | Laura | Saturday, July 28, 2007 | Overtime | 1.00 | $45.00 |
| 80221932 | Symczyk | Laura | Saturday, July 28, 2007 | Regular | 7.00 | $210.00 |
| 80221932 | Symczyk | Laura | Sunday, July 29, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, July 30, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, August 01, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, August 02, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, August 03, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, August 06, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, August 07, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, August 08, 2007 | Hourly Sick | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, August 09, 2007 | Hourly Sick | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, August 11, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Sunday, August 12, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, August 14, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, August 15, 2007 | Hourly Personal | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, August 16, 2007 | Hourly Personal | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, August 17, 2007 | Hourly Vacation | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, August 20, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, August 21, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, August 22, 2007 | Regular | 8.57 | $257.00 |
| 80221932 | Symczyk | Laura | Thursday, August 23, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, August 25, 2007 | Overtime | 0.57 | $25.50 |
| 80221932 | Symczyk | Laura | Saturday, August 25, 2007 | Regular | 7.43 | $223.00 |
| 80221932 | Symczyk | Laura | Sunday, August 26, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, August 27, 2007 | Regular | 8.17 | $245.00 |
| 80221932 | Symczyk | Laura | Tuesday, August 28, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, August 30, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, August 31, 2007 | Overtime | 0.17 | $7.50 |
| 80221932 | Symczyk | Laura | Friday, August 31, 2007 | Regular | 7.83 | $235.00 |

| EMPLID | LAST NAME | FIRST NAME | APPLY DATE | PAY CODE | HOURS | WAGE AMT |
|---|---|---|---|---|---|---|
| 80221932 | Symczyk | Laura | Monday, September 03, 2007 | Holiday | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, September 03, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, September 04, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, September 05, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, September 06, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, September 08, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Sunday, September 09, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, September 11, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, September 12, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, September 13, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, September 14, 2007 | Overtime | 0.47 | $21.00 |
| 80221932 | Symczyk | Laura | Friday, September 14, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, September 17, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, September 18, 2007 | Regular | 8.83 | $265.00 |
| 80221932 | Symczyk | Laura | Wednesday, September 19, 2007 | Regular | 8.17 | $245.00 |
| 80221932 | Symczyk | Laura | Thursday, September 20, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, September 22, 2007 | Overtime | 1.00 | $45.00 |
| 80221932 | Symczyk | Laura | Saturday, September 22, 2007 | Regular | 7.00 | $210.00 |
| 80221932 | Symczyk | Laura | Sunday, September 23, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, September 24, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, September 26, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, September 27, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, September 28, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, October 01, 2007 | Regular | 8.32 | $249.50 |
| 80221932 | Symczyk | Laura | Tuesday, October 02, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, October 03, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, October 04, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, October 06, 2007 | Overtime | 0.32 | $14.25 |
| 80221932 | Symczyk | Laura | Saturday, October 06, 2007 | Regular | 7.68 | $230.50 |
| 80221932 | Symczyk | Laura | Sunday, October 07, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, October 09, 2007 | Regular | 8.15 | $244.50 |
| 80221932 | Symczyk | Laura | Wednesday, October 10, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, October 11, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, October 12, 2007 | Overtime | 0.15 | $6.75 |
| 80221932 | Symczyk | Laura | Friday, October 12, 2007 | Regular | 7.85 | $235.50 |
| 80221932 | Symczyk | Laura | Monday, October 15, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, October 16, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, October 17, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, October 19, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, October 20, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Sunday, October 21, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, October 22, 2007 | Hourly Sick | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, October 24, 2007 | Hourly Sick | 7.12 | $213.50 |
| 80221932 | Symczyk | Laura | Thursday, October 25, 2007 | Hourly Vacation | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, October 26, 2007 | Hourly Vacation | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, October 29, 2007 | Regular | 8.75 | $262.50 |
| 80221932 | Symczyk | Laura | Tuesday, October 30, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, October 31, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, November 01, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, November 03, 2007 | Overtime | 0.75 | $33.75 |

| EMPLID | LAST NAME | FIRST NAME | APPLY DATE | PAY CODE | HOURS | WAGE AMT |
|---|---|---|---|---|---|---|
| 80221932 | Symczyk | Laura | Saturday, November 03, 2007 | Regular | 7.25 | $217.50 |
| 80221932 | Symczyk | Laura | Sunday, November 04, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, November 06, 2007 | Regular | 8.25 | $247.50 |
| 80221932 | Symczyk | Laura | Wednesday, November 07, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, November 08, 2007 | Hourly Vacation | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, November 09, 2007 | Hourly Vacation | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, November 12, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, November 13, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, November 14, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, November 15, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, November 17, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Sunday, November 18, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, November 20, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, November 21, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, November 22, 2007 | Holiday | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, November 22, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, November 23, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, November 26, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, November 27, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, November 28, 2007 | Regular | 8.13 | $244.00 |
| 80221932 | Symczyk | Laura | Thursday, November 29, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, December 01, 2007 | Overtime | 7.70 | $346.50 |
| 80221932 | Symczyk | Laura | Saturday, December 01, 2007 | Regular | 7.87 | $236.00 |
| 80221932 | Symczyk | Laura | Tuesday, December 04, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, December 05, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, December 06, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, December 07, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, December 10, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, December 11, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Wednesday, December 12, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Friday, December 14, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, December 15, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Sunday, December 16, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, December 18, 2007 | Regular | 8.75 | $262.50 |
| 80221932 | Symczyk | Laura | Wednesday, December 19, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, December 20, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Monday, December 24, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, December 25, 2007 | Holiday | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Tuesday, December 25, 2007 | Regular | 7.85 | $235.50 |
| 80221932 | Symczyk | Laura | Wednesday, December 26, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Thursday, December 27, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Saturday, December 29, 2007 | Regular | 8.00 | $240.00 |
| 80221932 | Symczyk | Laura | Sunday, December 30, 2007 | Regular | 8.00 | $240.00 |