IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA SYMCZYK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 09–5782 |
| GENESIS HEALTHCARE CORPORATION and ELDERCARE RESOURCES CORPORATION, | : | |
| Defendants. | : | |

## ORDER

AND NOW, on this 19th day of May, 2010, for the reasons stated in the foregoing Memorandum, upon due consideration of Defendants Genesis Healthcare Corporation and Eldercare Resources Corporation's (collectively, "Defendants") Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 12), it is hereby ORDERED as follows:

1. Plaintiff Laura Symczyk shall file a brief in support of continued federal jurisdiction and a motion to certify a class under Federal Rule of Civil Procedure 23, by June 10, 2010;

2. Defendant shall have seven (7) days to respond; and

3. The Court will hold the Motion to Dismiss under advisement.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J

O:\CIVIL 09-10\09-5782 Symczyk v. Genesis\Symczyk MTD Order.wpd